UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREAM ABDUL ELLINGTON,

                Plaintiff,

    -against-

THE NEW YORK STATE DEPART OF LABOR,

                Defendant.

1:21-CV-7586 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued September 27, 2021, dismissing this action because of Eleventh Amendment immunity,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed because of Eleventh Amendment immunity. 28 U.S.C. § 1915(e)(2)(B)(iii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:    September 27, 2021
            New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge